# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CAROLYN GUNTZ WILDERSON

VERSUS

MAYA GUNTZ FLOWERS

NO. 2026 CW 0205

**MAY 18, 2026**

---

In Re:   George Bayhi of Dominus LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 617503.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's February 7, 2026 judgment which denied intervenor's, George Bahyi, Motion to Dismiss the Motion to Nullify filed by Defendant, Maya Guntz Flowers, is vacated. Although the trial court found it could not address the merits of the Motion to Dismiss based on this court's judgment in **Wilderson v. Flowers**, 2023-1200 (La. App. 1st Cir. 7/16/24), 395 So.3d 1, the Motion to Dismiss asserts the Motion to Nullify fails to state a cause of action, and the trial court can address the merits of the Motion to Dismiss either in advance of or at the time of the hearing on the Motion to Nullify. Accordingly, this matter is remanded to the trial court to consider the merits of intervenor's Motion to Dismiss the Defendant's Motion to Nullify.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT